### THE PRESIDENT.

#### HILDEBRANDT v. FLOWER LIGHTERAGE CO.

(Circuit Court of Appeals, Second Circuit. November 7, 1921.)

No. 22.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by John Hildebrandt against the Flower Lighterage Company, and the steam tug President, her engines, etc.; the Clyde Steamship Company, claimant. From an adverse decision, libelant appeals. Affirmed.

Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (George V. A. McCloskey, of New York City, of counsel), for respondent appellee.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Charles E. Wythe, both of New York City, of counsel), for claimant appellee.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.